AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
| v. | ) | Case No. |
| FELIPE ANTONIO "TONY" MARTINEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FELIPE ANTONIO "TONY" MARTINEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(k)(Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. § 1512(c)(2),2Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 1752(a)(1)(Restricted Building or Grounds);18 U.S.C. § 1752(a)(2) (Restricted Building or Grounds)

Date:   06/09/2021

_____
*Issuing officer's signature*

Zia M. Faruqui
2021.06.09
16:55:31 -04'00'

City and state:   Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/9/2021 , and the person was arrested on *(date)* 6/10/2021 at *(city and state)* AUSTIN, TEXAS |
| Date: 6/16/2021 |
| _____ *Arresting officer's signature* |
| MICHAEL ERICKS SUPERVISORY SPECIAL AGENT *Printed name and title* |