AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cr-392 |
| FELIPE ANTONIO MARTINEZ | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Felipe Antonio Martinez                                                                                                      .

Date:    06/27/2021                                           /s/ Nicholas D. Smith
                                                                          *Attorney's signature*

                                                                   Nicholas D. Smith (DC #: 1029802)
                                                                    *Printed name and bar number*

                                                          7 East 20th Street, Suite 4R, New York, NY 10003
                                                                                *Address*

                                                                      nds@davidbsmithpllc.com
                                                                           *E-mail address*

                                                                            (917) 902-3869
                                                                         *Telephone number*

                                                                             *FAX number*