## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|  | ) CRIMINAL NO.:21-cr-392-RCL |
|  | ) |
| v. | ) |
|  | ) |
| FELIPE ANTONIO MARTINEZ, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## [PROPOSED] ORDER

Before the Court is Defendant Felipe Antonio Martinez's motion to travel from Travis

County, Texas to Riverside County, California, where his family resides. The government does

not oppose Mr. Martinez's motion. For the reasons set forth in the motion, it is

**ORDERED**, that the motion is **GRANTED**, and it is further

**ORDERED**, that Mr. Martinez may travel from Travis County, Texas to Riverside

County, California.

**IT IS SO ORDERED.**

Date: August 26, 2021

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE