UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 1:21-cr-392-RCL |
| v. | ) |
| | ) |
| FELIPE MARTINEZ, et al., | ) |
| | ) |
| Defendants. | ) |

**FELIPE MARTINEZ'S MOTION TO ATTEND HEARING VIA ZOOM**

Defendant Martinez, by counsel, respectfully moves the Court to permit him to appear via Zoom at the hearing set for July 20, 2023. Martinez's counsel will attend the hearing in person. Martinez offers the following reasons in support of his motion.

Under the Federal Rules, Martinez's presence is not required at the hearing because it is not the initial appearance, arraignment, plea, trial or sentencing. Fed. R. Crim. P. 43(a). Like Defendants Kinnison and Mele, Martinez finds himself in a precarious financial situation with uncertain employment security. A round trip from his home in California to this district would take Martinez away from his work for two to three days, resulting in financial hardship. The plane tickets, accommodations and meals would be costly and possibly unaffordable. The Court has granted identical motions filed by Defendants Kinnison and Mele. 6/26/2023 Minute Order (Kinnison); 6/30/2023 Minute Order (Mele).

For all these reasons, Martinez waives any right he may have to attend the July 20 hearing in person and respectfully moves the Court to attend via Zoom or phone.

Dated: July 16, 2023                    Respectfully submitted,

                                        /s/ Nicholas D. Smith
                                        Nicholas D. Smith, D.C. Bar No. 1029802

1

1123 Broadway, Suite 909<br>
New York, NY 10010<br>
(917) 902-3869<br>
nds@davidbsmithpllc.com<br>
*Counsel to Felipe Martinez*

## Certificate of Service

I hereby certify that on the 16th day of July, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nicholas D. Smith<br>
Nicholas D. Smith, D.C. Bar No. 1029802<br>
1123 Broadway, Suite 909<br>
New York, NY 10010<br>
(917) 902-3869<br>
nds@davidbsmithpllc.com

2