## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

**v.**

**FELIPE ANTONIO MARTINEZ,**

*Defendant.*

**Case No. 1:21-CR-392-RCL-4**

### ORDER

Before the Court is Defendant Felipe Antonio Martinez's motion [293] to appoint his counsel, Nicholas D. Smith, as his counsel under the Criminal Justice Act ("CJA"). In June 2021, Mr. Martinez retained Mr. Smith as his counsel to represent him in this criminal case. Mr. Martinez has been unable to maintain continuous employment and contends that he can no longer pay Mr. Smith. Mr. Martinez provided a financial affidavit in support of his request, which has been filed under seal with Mr. Martinez's motion. Upon consideration of Mr. Martinez's motion, it is hereby

**ORDERED** that Nicholas D. Smith is appointed as counsel for Mr. Martinez under the CJA, to be effective representation from this date forward. Pursuant to 18 U.S.C. § 3006A(c) & (f), at the conclusion of this case the Court will determine whether Mr. Martinez has funds available to pay for part or all of the representation, and if so, the amount of such funds Mr. Martinez shall pay toward the representation.

**IT IS SO ORDERED.**

Date: August ___, 2023

Royce C. Lamberth
United States District Judge