# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3045**                      **September Term, 2024**

**1:21-cr-00392-RCL-4**
**1:21-cr-00392-RCL-6**

**Filed On: September 12, 2024** [2074459]

United States of America,

       Appellee

   v.

Ronald Mele,

       Appellant

------------------------------

Consolidated with 24-3052

## M A N D A T E

In accordance with the order of September 12, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                     BY:   /s/
                                Selena R. Gancasz
                                Deputy Clerk

Link to the order filed September 12, 2024