# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———————

**No. 24-3045**  **September Term, 2024**

1:21-cr-00392-RCL-3
1:21-cr-00392-RCL-4
1:21-cr-00392-RCL-5
1:21-cr-00392-RCL-6

**Filed On:** September 12, 2024

United States of America,

     Appellee

  v.

Ronald Mele,

     Appellant

------------------------------

Consolidated with 24-3046, 24-3047, 24-3052

    **BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint motions to govern further proceedings, it is

**ORDERED** that appellants Ronald Mele's and Felipe Martinez's convictions under 18 U.S.C. § 1512(c)(2) and 18 U.S.C. § 1512(k) be vacated and Nos. 24-3045 and 24-3052 be remanded for further proceedings. It is

**FURTHER ORDERED** that the consolidation of Nos. 24-3045 and 24-3052 with the remaining cases be terminated and the remaining cases be consolidated under lead docket No. 24-3046.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate in Nos. 24-3045 and 24-3052 forthwith to the district court.

**Per Curiam**

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                   BY:   /s/
                                             Selena R. Gancasz
                                             Deputy Clerk